

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT BERGEN,

        Plaintiff,

v.

JOSEPH LEHMAN,

        Defendant.

CASE NO.   C05-5008RBL

ORDER

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's complaint is hereby DISMISSED for failure to prosecute; and

(3)    The Clerk is directed to send copies of this Order to plaintiff and Magistrate Judge Karen L. Strombom.

DATED this 18th day of January, 2005.

Ronald B. Leighton
United States District Judge

05-CV-05008-ORD